# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

June 30, 2017

Lyle W. Cayce
Clerk

No. 16-50936
Summary Calendar

ROGELIO RUIZ JIMENEZ, also known as Rogelio Jimenez Ruiz,

Petitioner-Appellant

v.

DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:16-MC-658

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Rogelio Ruiz Jimenez, former Texas prisoner # 206337, moves for leave to proceed in forma pauperis (IFP) on appeal of the denial of his motion requesting a hearing to challenge an immigration detainer on due process grounds and asserting eligibility for relief from removal. As Ruiz Jimenez has been released from custody and removed to Mexico, we deny his motion for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-50936

leave to proceed IFP and dismiss his appeal as moot. *See Calderon v. Moore*, 518 U.S. 149, 150, (1996); *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987); *see also Sosa v. United States*, 504 F. App'x. 353 (5th Cir. 2013) (unpublished).

APPEAL DISMISSED; MOTION DENIED.